UNITED STATES DISTRICT COURT
FOR THE NORTHER DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| WILLIAM STROUP, | ) |
| Plaintiff, | ) Case No. 1:06-CV-02184-CAB |
| vs. | ) Judge Christopher A. Boyko |
| NORFOLK SOUTHERN RAILWAY COMPANY, a corporation. | ) |
| Defendant. | ) |

**STIPULATION TO DISMISS WITHOUT PREJUDICE
AND TO TOLL THE STATUTE OF LIMITATIONS**

This cause coming to be heard by stipulation of the parties, and due to the need for the Plaintiff to receive additional medical treatment for the injuries alleged in this matter, the parties hereby stipulate that the above captioned matter shall be dismissed without prejudice.

The Parties further stipulate that the statute of limitations for all claims raised in this matter shall be tolled as of September 11, 2006.

Respectfully submitted,

/s/ Daniel W. Pisani
Robert B. Thompson
Laurence C. Acker
Daniel W. Pisani
Harrington, Thompson, Acker & Harrington, Ltd.
180 North Wacker Drive, 3rd Floor
Chicago, Illinois 60606
Telephone: 312-332-8811
Counsel for Plaintiff,
William Stroup

/s/ John B. Greenlee (per consent)
John B. Greenlee
David A. Damico
BURNS, WHITE & HICKTON,
106 Isabella Street
Four Northshore Center
Pittsburgh, PA 15212
(412) 995-3000
Counsel for Defendant,
Norfolk Southern Railway Company

It is so ordered.

*Christopher A. Boyko*
CHRISTOPHER A. BOYKO, Judge

FILED
JAN 9 2007
CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.
CLEVELAND